UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth Sims )
**Plaintiff** )
)
vs. )Case No. _____
)
C/o Nicholas Smith 12523 )
Lt Joseph R. Bennett / Corr Lt )
Major Susan Prentice )
Wexford Sabrina Fox )
**Defendant(s)** )

SCANNED at PCC and E-Mailed
02.07.17 (date) by SP (initials)
6 (# of pages)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒ Other  18 U.S.C.A. S 242

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Kenneth Sims, and states as follows:

My current address is: P.o Box 99 Pontiac IL 61764

In the Defendants Personal and Official Capacities

The defendant Nicholas Smith 12523 is employed as Corrections Officer at Pontiac Correctional Center's Max Unit.

The defendant Susan Prentice, is employed as Major Corrections Officer / SR Public Admin at Pontiac Correctional Center Tater.

The defendant **Sabrina Fox**, is employed as **Wexford Health Sources, Inc., Nurse Contracted** at **Pontiac Correctional Center**

The defendant **Joseph R. Bennett**, is employed as **Correctional Lieutenant** at **Pontiac Correctional Center**

(revised 9/96)

The defendant _____, is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? **None** Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑ No ☐ If your answer is no, explain why not

Grievance Attached dated 3-21-16, Also A.R.B. Response Attached As Ex. 1-2

C. Is the grievance process completed?  Yes ☑  No ☐ N/A

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

## STATEMENT OF CLAIM

Place of the occurrence  Pontiac Correctional Center

Date of the occurrence  MARCH 3/18/2016

Witnesses to the occurrence  _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

CLAIM I: Violation Of The Eighth Amendment Prohibition Against Cruel And Unusual Punishment -

Supporting Facts: On March 18, 2016 in Pontiac Correctional Center's East Cellhouse, on the 3-11 Shift Defendant Smith committed an act of malicious, unprovoked and unnecessary force against the Plaintiff while he was in restraints, Smith violently pushed the Plaintiff's right-eye into steal prison bars.

CLAIM II: Deliberate Indifference To The Requirement To Protect Under The Due Process And Equal Protection CC.

Supporting Facts: On March 18, 2016 while the Plaintiff was under 'Unapproved (13593) Protective Custody And Disciplinary Status Defendant Smith failed to protect the Plaintiff from physical injury by injuring the Plaintiff's right-eye without lawful justification and in violation of the Plaintiff's civil rights.

CLAIM III: Failure To Protect In Violation Of Fifth And Fourteenth Amendment Due Process Clauses.

Supporting Facts: On March 18, 2016 while the supervisor [12523] of Defendant Smith, Defendant Prentice failed to ensure [sic] (insure) that the Plaintiff was protected from Defendant Smith. Both Defendants Prentice and Defendant Bennett were deliberately indifferent to whether the Plaintiff was protected from physical injury, and Neither Prentice or Bennett took steps to prevent Defendant Smith [12523] from using excessive force on Plaintiff.

CLAIM IV: Deliberate Indifference To The Serious Medical Need Of The Plaintiff To Be Treated By A Phycian (doctor).

Supporting Facts: On March 18, 2016 Wexford Health Sources, Inc., Nurse _____ failed to refer the Plaintiff to a doctor for the serious post-surgery right-eye injury caused by Defendant Smith. Defendant _____ made a unqualified, deliberately indifferent choice to not refer the Plaintiff's right-eye injury to a doctor or a Nurse practioner on call.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

A) Declaratory Judgment;
B) Compensatory Monetary Awards of $50,000 from each Defendant;
C) Punitive Judgment Awards of $100,000 from each Defendant.

**JURY DEMAND**   Yes ☒   No ☐

Signed this _____ day of _____,
19 2017.

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Kenneth Sims | M20053 |
| Address: | Telephone Number: |
| Po Box 99 Pontiac IL 61764 | |